IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

COPLEY PLAZA 2001 LLC, a Delaware
Limited Liability Company

    Defendant.

C.A. No. 04cv12076JLT

FILED
IN CLERKS OFFICE

2004 OCT 25 P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to Federal Rules of Civil Procedure 6(d), Defendant Copley Plaza 2001 LLC moves the Court to grant an extension of time for Defendant to respond to the Complaint, through and including November 8, 2004 based upon the following facts:

1. Plaintiff served the Complaint on Defendant's resident agent, Corporation Trust Corporation, on or about October 5, 2004.

2. Corporation Trust Corporation forwarded the Complaint to Defendant's parent company, Fairmont Hotel and Resorts U.S. Inc. on October 6, 2004.

3. Defendant retained undersigned counsel on October 18, 2004.

4. Accordingly, Defendant has recently received the Complaint and undersigned counsel continues to be the in the process of assessing and analyzing the Complaint to prepare its response.

5. On October 21, 2004, Defendant contacted plaintiff counsel via telephone and requested an extension to file its answer in order to continue its assessment and analysis of

1

the complaint. Plaintiff counsel consented to an extension of two weeks from the date of same conversation. Defendant requests that the time for filing a response to the Complaint be extended until November 8, 2004, i.e., a period of fourteen (14) days from the date it received the Complaint.

8. Counsel for the Plaintiff has assented to this Motion for an extension of time to file a responsive pleading.

WHEREFORE, the Defendant respectfully requests an extension of time, through and including November 8, 2004, to file its response to the Complaint.

Respectfully submitted,

COPLEY PLAZA 2001, LIMITED LIABILITY CORPORATION,

By their Attorneys,

_____
Robert P. Joy
Mass. BBO# 254820
Laurence Donoghue, Esq.
Mass BBO# 130140
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: October 25, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Joy, Esq., hereby certify that on October 25, 2004, I served a copy of the foregoing pleading by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER, & ASSOCIATES, PA, 1200 Biscayne Blvd., Suite 609, North Miami, FL 33183.

_____
Robert. P. Joy