IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON,
individually,

    Plaintiff,

CIVIL ACTION NO.: 1:04-cv-12076-JLT-JLA

v.

COPLEY PLAZA 2001 LLC,
a Delaware limited liability company,

    Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a)     With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)     To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
George Iverson

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

OOW:jl (jyl@fullerfuller.com)
3587MA Joint Scheduling Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___Nov 13|04___ to:

Robert P. Joy, Esq.
Morgan Brown & Joy
1 Boston Place, Suite 1616
Boston, MA 02108
Tel.: (617)523-6666; Fax: (617)367-3125

          The Plaintiff by his attorney:
          **FULLER, FULLER & ASSOCIATES, P.A.**
          12000 Biscayne Blvd., Suite 609
          North Miami FL 33181
          Tel.: (305)891-5199; Fax: (305)893-9505
          FFA@fullerfuller.com

          By: _____
          Oliver Wragg, Esq. (BBO #643152)
          Of Counsel
          Counsel for Plaintiff

OOW:jl (jyl@fullerfuller.com)
*3587MA* Joint Scheduling Statement.wpd