IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>: 1:04CV12076-JLT |
| COPLEY PLAZA 2001, LLC, a Delaware<br>Limited Liability Company, | : |
| Defendant. | : |

**AFFIDAVIT OF JOHN P. FULLER**

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 12/11/04

John P. Fuller, Esquire

STATE OF FLORIDA     )

COUNTY OF MIAMI-DADE     )



EXHIBIT B

Sworn to (or affirmed) and subscribed before me this 16 day of December, 2004, by John P. Fuller.

_Rebecca M Lichtenberger_
NOTARY PUBLIC, State of Florida

Rebecca M Lichtenberger
My Commission DD138410
Expires August 01, 2006

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____