UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12076-JLT |
| | * | |
| | * | |
| COPLEY PLAZA 2001, LLC, | * | |
| | * | |
| Defendant. | * | |

<u>ORDER</u>

April 5, 2005

TAURO, J.

After the Status Conference held on April 5, 2005, this court hereby orders that:

1. The Parties' <u>Joint Motion to Stay Discovery</u> [#9] is ALLOWED, and all discovery is stayed for sixty (60) days;

2. No further discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for June 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge