UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　Plaintiff,　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　*　　Civil Action No. 04-12076-JLT
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
COPLEY PLAZA 2001, LLC,　　　　　　 *
　　　　　　　　　　　　　　　　　　*
　　　　　　Defendant.　　　　　　　*

ORDER

June 14, 2005

TAURO, J.

　　　　After the Further Conference held on June 14, 2005, this court hereby orders that:

　　　　1.　　Discovery is stayed for thirty (30) days;

　　　　2.　　No further discovery will be permitted without leave of this court; and

　　　　3.　　A Further Conference is scheduled for July 21, 2005 at 11:00 a.m.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge