IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>                Plaintiff,<br>v.<br><br>COPLEY PLAZA 2001 LLC, a Delaware Limited Liability Company<br><br>                Defendant. | C.A. No. 04cv12076JLT |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 7(b), Defendant, COPLEY PLAZA 2001 LLC, and Plaintiff, GEORGE IVERSON move this Court to postpone the July 21, 2005 status conference for additional thirty (30) days based upon the following facts:

1. On June 15, 2005, the court granted a motion to continue the stay of discovery in the above referenced matter. The Court's subsequent order scheduled a status conference for July 21, 2005.

2. During the period from to present, the parties have engaged and continue to engage in efforts to settle the instant action through the submissions of proposals for settlement.

3. On July 18, 2005, the parties communicated via telephone and agreed that their resources would be better devoted to continued settlement discussions. The parties agreed to request the Court to continue the July 21, 2005 status conference for an additional thirty (30) days.

4. The parties believe that continued settlement discussions will benefit both parties in their efforts to resolve the above referenced this matter without expending valuable resources for expensive discovery and continued protracted litigation.

WHEREFORE, the Defendant and Plaintiff respectfully request that the Court continue the July 21, 2005 status conference for an additional thirty (30) days.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>COPLEY PLAZA 2001, LIMITED LIABILITY CORPORATION,<br><br>By their Attorneys,<br><br>s/ Laurence Donoghue |
| Date: July 18, 2005 | Robert P. Joy<br>Mass. BBO# 254820<br>Laurence Donoghue, Esq.<br>Mass BBO# 130140<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>(617) 523-6666 |
|  | and<br><br>GEORGE IVERSON<br><br>By his Attorneys,<br><br>s/ John P. Fuller |
| Date: July 18, 2005 | O. Oliver Wragg, Esq<br>Mass BBO# 643152<br>John P. Fuller, Esq.<br>Admitted Pro Hac Vice<br>Fuller, Fuller & Associates, PA<br>12000 Biscayne Blvd., Suite 609<br>North Miami 33181<br>(305) 891-5199 |