UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON,                         *
                                        *
            Plaintiff,                  *
                                        *
v.                                      *   Civil Action No. 04-12076-JLT
                                        *
COPLEY PLAZA,                           *
                                        *
            Defendant.                  *

ORDER

September 12, 2005

TAURO, J.

After the conference on September 8, 2005, this court hereby orders that:

1. All Discovery will be completed by November 30, 2005.

2. Trial will begin January 23, 2006, with Iverson v. Copley Plaza (04-12076) going first followed by Iverson v. Manfield Hotel (04-11835).

3. No further continuances will be granted.

IT IS SO ORDERED.

                                         /s/ Joseph L. Tauro
                                        United States District Judge