IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>    Plaintiff,<br>v.<br><br>COPLEY PLAZA 2001 LLC, a Delaware<br>Limited Liability Company<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04cv12076JLT<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), defendant Copley Plaza 2001, LLC Limited Partnership and its counsel hereby certify that they have conferred: (1) With a view to establishing a budget for the full costs and various alternative courses of this litigation; and (2) To consider the resolution of this litigation through the use of alternative dispute resolution programs.

            Respectfully submitted,

            COPLEY PLAZA 2001, LLC

            By its attorneys:

Dated: November 22, 2005

            /s/ Laurence Donoghue
            Laurence J. Donoghue, Esq.
            BBO No. 130140
            Robert P. Joy, Esq.
            BBO No. 254820
            MORGAN, BROWN & JOY, LLP
            200 State Street
            Boston, MA 02109-2605
            Tel: (617) 523-6666

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above document via electronic mail and by first class mail this 22nd day of November, 2005 upon counsels for plaintiff: John P. Fuller Esq., Fuller & Associates PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181 and George W. Skogstrom, Esq., Schlossber & Associates, P.A., 33 Braintree Hill Suite, 303, Braintree, MA 02185.

/s/ Laurence Donoghue
Laurence J. Donoghue, Esq.