IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON, Individually, <br><br> Plaintiff, <br> v. <br><br> COPLEY PLAZA 2001 LLC, a Delaware Limited Liability Company <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04cv12076JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND COMPLIANCE WITH REQUESTS FOR PRODUCTION

Defendant, COPLEY PLAZA 2001, LLC, submits this Opposition to Plaintiff, GEORGE IVERSON's Motion to Compel Answers to Interrogatories and Compliance with Requests for Production. Defendant submits that Plaintiff's Motion should be denied because it is moot. Defendant submitted responses to Plaintiff's discovery on November 23, 2005. In support of its Opposition, Defendant states:

1. Plaintiff served Interrogatories and Request for Production upon Defendant on March 18, 2005. However, pursuant to orders issued by this Court on December 20, 2004 and June 15, 2005, the discovery was stayed in order for the parties to devote their time and resources to settling the above referenced matter without expending valuable resources for expensive discovery and continued protracted litigation.

2. On September 8, 2005, the parties appeared before the Court for a status conference where subsequently on September 12, 2005, the Court issued an order that discovery should be completed by November 30, 2005.

3. On November 22, 2005, Defendant forwarded its responses to Plaintiff's First Set of Interrogatories, Requests for Admissions and Requests for Production.

4. Defendant has responded to Plaintiff's discovery request prior to November 30, 2005, the date provided for by the Court's September 12, 2005 order. Therefore, Plaintiff's motion is therefore moot.

WHEREFORE, Plaintiff requests this Court enter an Order denying Plaintiff's Motion to Compel Answers to Interrogatories and Compliance with Requests for Production as moot.

Respectfully submitted,

COPLEY PLAZA 2001, LIMITED LIABILITY CORPORATION,

By their Attorneys,

/s/ Laurence Donoghue
Robert P. Joy
Mass. BBO# 254820
Laurence Donoghue, Esq.
Mass BBO# 130140
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Date: November 22, 2005

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above document via electronic mail and by first class mail this 22nd day of November 2005 upon counsels for plaintiff: John P. Fuller Esq., Fuller & Associates PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181 and George W. Skogstrom, Esq., Schlossber & Associates, P.A., 33 Braintree Hill Suite, 303, Braintree, MA 02185.

/s/ Laurence Donoghue
Laurence J. Donoghue, Esq.