## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE IVERSON, Individually,** | . |
| | . |
| **Plaintiff,** | . |
| | . CIVIL ACTION NO. |
| **v.** | . 1:04-CV-12076-JLT |
| | . |
| **COPLEY PLAZA 2001, LLC, a Delaware** | . |
| **Limited Liability Company,** | . |
| | . |
| **Defendant.** | . |
| | . |

### ORDER ON PLAINTIFFS' MOTION TO COMPEL ANSWERS TO
### INTERROGATORIES AND REQUEST FOR PRODUCTION

THIS CAUSE having come on to be heard before me on Plaintiff's Motion to Compel, and

the Court being fully advised in the premises, it is hereby ordered and adjudged as follows:

1.   Plaintiff's Motion to Compel Defendants' to Answer Interrogatories and Comply with

Request for Production, is granted.

2.   Defendants' shall have ten (10) days from the date of this order in which to answer

the Interrogatories and comply with the Request for Production.

**DONE and ORDERED** in Chambers at _____*Boston*_____ on this _*25T*_ day of

_*Nov*_,2005.

_____
UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
*John P. Fuller, Esq.*
*Jay M. Rosen, Esq.*
*Robert P. Joy, Esq*