IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . CIVIL ACTION NO. |
| | . 1:04-CV-12076-JLT |
| COPLEY PLAZA 2001, LLC, a Delaware Limited Liability Company, | . |
| Defendant. | . |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the F.R.C.P. 41(a), hereby move to dismiss the above referenced matter with prejudice due to a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties herein request that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

FOR DEFENDANT COPLEY
PLAZA 2001, LLC:

Robert P. Joy, Esq.
BBO #: 254820
Morgan, Brown & Joy LLP
200 State Street, 11th Floor
Boston, MA 02100-2605
Tel: (617) 523-6666
Fax: (617) 367-3125

Date: 2/15/06
By: _____
Attorney for Defendant

FOR PLAINTIFF GEORGE IVERSON:

John P. Fuller, Esq.
Admitted Pro Hac Vice
Fuller, Fuller & Associates, P.A.
1220 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199;
Fax: (305) 893-9505

Date: 2/16/06
By: _____
Attorney for Plaintiff