IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . CIVIL ACTION NO.<br>. 1:04-CV-12076-JLT |
| COPLEY PLAZA 2001, LLC, a Delaware<br>Limited Liability Company, | . |
| Defendant. | . |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a. The Stipulation for Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved by the Court;

b. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

c. The Court retains jurisdiction of the above-styled cause to enforce the Settlement Agreement; and

d. To the extent not otherwise disposed of herein, all pending Motion are hereby **DENIED** as moot.

DONE and ORDERED in Chambers in Boston, Massachusetts, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE